**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 97-1631**

―――――――――――

NANCY WRIGHT DORSEY,

                              Plaintiff - Appellant,

        versus

RUTHERFORD COUNTY; RUTHERFORD COUNTY BOARD OF
COMMISSIONERS; TONY HELTON; ROBERT LUCKADOO;
DANNY DANIELS; FRANKLIN GOODE; ADEN LYNCH, in
their capacity as Rutherford County Commis-
sioners; DANIEL J. GOOD, in his capacity as
Sheriff of Rutherford County; RUTHERFORD
COUNTY SHERIFF'S DEPARTMENT,

                              Defendants - Appellees.

―――――――――――

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Shelby.  Lacy H. Thornburg, District
Judge.  (CA-96-94-4)

―――――――――――

Submitted:  August 14, 1997          Decided:  August 20, 1997

―――――――――――

Before NIEMEYER, Circuit Judge, and BUTZNER and PHILLIPS, Senior
Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Nancy Wright Dorsey, Appellant Pro Se.  Richard Lee Rainey, G.
Michael Barnhill, WOMBLE, CARLYLE, SANDRIDGE & RICE, Charlotte,
North Carolina, for Appellees.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's adverse grant of summary judgment in her civil suit alleging employment discrimination and intentional deprivations of her constitutional rights in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e (1994), 42 U.S.C. §§ 1981, 1983 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Dorsey v. Rutherford County, No. CA-96-94-4 (W.D.N.C. Mar. 26, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED